IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOE CAMPBELL,                   )
                                )
               Plaintiff,       )        8:07CV69
                                )
       v.                       )
                                )
QWEST COMMUNICATIONS,           )        ORDER
                                )
               Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for enlargement of time to file motions for summary judgment (Filing No. 26).  The Court finds that defendant's motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion for enlargement of time is granted; the parties shall have until January 31, 2008, to file motions for summary judgment.

DATED this 17th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court