IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOE CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV69 |
| | ) | |
| v. | ) | |
| | ) | |
| QWEST COMMUNICATIONS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
|_____ | ) | |

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 29). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice.

DATED this 8th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court